# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELLA BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-0703-F |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Ella Beasley seeks judicial review pursuant to 42 U.S.C. § 405(g), of the final decision of the defendant Commissioner denying her concurrent applications for disability insurance and supplemental security income benefits. Magistrate Judge Gary M. Purcell issued a Report and Recommendation (Report) in this matter on January 27, 2012 (doc. no. 17), recommending that the court affirm the decision of the Commissioner. In his Report, the Magistrate Judge advised the parties of their right to file objections to the Report by February 16, 2012, and he advised that failure to file timely objections would waive appellate review of the recommended ruling. Neither party has filed an objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Purcell as stated in his Report and

Recommendation.  The decision of the Commissioner to deny plaintiff's applications for benefits is **AFFIRMED**.

Dated this 28th day of February, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0703p003.wpd